# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0104.  BRANDON COKER v. THE STATE.**

Brandon Coker pled guilty to several drug crimes, and he was sentenced on August 25, 2009.  Coker filed an out-of-time motion to withdraw his guilty plea, which the trial court denied on March 6, 2012.  Following this ruling, Coker filed a direct appeal, which this Court dismissed on May 10, 2012, for failure to file a brief. See *Coker v. State*, A12A1467.  Coker also filed an application for discretionary appeal from the March 6 order, which was docketed as A12D0467.  On August 13, 2012, we granted the application because the order was directly appealable.  See OCGA § 5-6-35 (j).  On August 15, 2012, Coker filed a notice of appeal seeking to appeal his August 25, 2009 sentencing order.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Accordingly, this notice of appeal filed more than two years after sentencing does not confer jurisdiction over this appeal, which is hereby DISMISSED.[1]

---

[1] The grant of Coker's application for discretionary appeal from the trial court's March 6, 2012 order does not permit Coker to challenge the original sentencing order. Moreover, Coker's application for discretionary appeal was untimely and was thus improvidently granted.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>09/24/2012</u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*